

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

FILED
MAR 25 2008
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 08-21322-A-7 |
| JOHN BRUCE LEAHY, | Docket Control No. None |
| Debtor. | Date: None<br>Time: None |

**MEMORANDUM**

The debtor's motion to reconsider the dismissal of his petition will be denied.

First, the motion for reconsideration has not been served on the trustee, the creditors, and the U.S. Trustee and set for a hearing before this court. These parties in interest are entitled to notice and a hearing on the motion.

Second, the motion fails to explain why the debtor and counsel failed to appear at the hearings on three separate orders to show cause on March 17, 2008 at 9:00 a.m.

Third, the debtor has not explained why he failed to pay timely a $26 filing fee, failed to file timely a statement of social security number, and failed to file timely a master address list.

Third, as a result of the last failure just mentioned above, the notice of the commencement of the case was not served on any

creditors. Hence, none of the debtor's creditors have been advised that this case was filed, of the deadlines for complaints challenging discharge or the dischargeability of debts, of the meeting of creditors, whether the case is an asset of a no-asset case, whether and when proofs of claim must be filed, and of the deadline for objecting to exemptions. Reinstating the case will cure one of these problems and, because the trustee has adjourned the meeting of creditors, creditors will not be able to examine the debtor.

Therefore, the motion for reconsideration is without merit.

Dated: 25 March 2008

By the Court

Michael S. McManus, Chief Judge
United States Bankruptcy Court

|   |   |
|---|---|
| 1 | **CERTIFICATE OF MAILING** |
| 2 | I, Susan C. Cox, in the performance of my duties as a |
| 3 | judicial assistant to the Honorable Michael S. McManus, mailed by |
| 4 | ordinary mail to each of the parties named below a true copy of |
| 5 | the attached document. |
| 6 | William Noyes |
|   | 870 Moffat Blvd |
| 7 | Manteca, CA 95336 |
| 8 | John Leahy |
|   | 833 E Alameda St |
| 9 | Manteca, CA 95336 |
| 10 | Michael McGranahan |
|   | PO Box 5018 |
| 11 | Modesto, CA 95352 |
| 12 | Office of the U.S. Trustee |
|   | Robert T Matsui United States Courthouse |
| 13 | 501 I Street, Room 7-500 |
|   | Sacramento, CA 95814 |
| 14 |   |
|   | Dated: March 26, 2008 |
| 15 |   |
| 16 | _Susan C. Cox_ |
|   | Susan C. Cox |
| 17 | Judicial Assistant to Judge McManus |